# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PERALTA,<br><br>             Plaintiff,<br><br>   v.<br><br>FRESNO COUNTY POLICE OFFICERS, et al.,<br><br>             Defendants. | Case No.  1:16-cv-01921-LJO-SAB<br><br>ORDER AMENDING CAPTION OF MARCH 10, 2017 ORDER<br><br>(ECF No. 10) |

On March 10, 2017, an order issued finding Plaintiff's complaint failed to state a claim and granting Plaintiff thirty days to file an amended complaint.  Due to an administrative error, the caption of the order incorrectly stated the action was dismissed with leave to amend.

Accordingly, the caption of the March 10, 2017 order is HEREBY AMENDED to "ORDER DISMISSING COMPLAINT WITH LEAVE TO AMEND FOR FAILURE TO STATE A CLAIM."

IT IS SO ORDERED.

Dated:   **March 10, 2017**

UNITED STATES MAGISTRATE JUDGE

1